UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on July 8, 2019

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DEWITT CHANDLER,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 875(b)** |
| Defendant. | : | **(Interstate Communications)** |

## __INDICTMENT__

The Grand Jury charges that:

### __COUNT ONE__

On or about January 22, 2019, within the District of Columbia, **DEWITT CHANDLER** willfully and knowingly, and with the intent to extort Social Security Administration benefits from the United States Social Security Administration, did transmit in interstate commerce from the District of Columbia to the State of Pennsylvania, telephonic communications, which contained threats to injure employees of the Social Security Administration, including Reginald Johnson, Kia Williams, and others, with knowledge that the communication would be viewed as a threat.

(**Interstate Communications**, in violation Title 18, United States Code, Section 875(b))

## COUNT TWO

On or about January 22, 2019, within the District of Columbia, **DEWITT CHANDLER** willfully and knowingly, and with the intent to extort Social Security Administration benefits from the United States Social Security Administration, did transmit in interstate commerce from the District of Columbia to the State of New York, telephonic communications, which contained threats to injure employees of the Social Security Administration, including Karena Hibbert, Thomasine Loerbs, and others, with knowledge that the communication would be viewed as a threat.

(**Interstate Communications**, in violation Title 18, United States Code, Section 875(b))

A TRUE BILL:

FOREPERSON.

JESSIE K. LIU/GPR
Attorney of the United States in
and for the District of Columbia